CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 23 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT A.M. POLES,<br>    Plaintiff,<br><br>v.<br><br>MIDDLE RIVER REGIONAL JAIL, et al.,<br>    Defendants. | Civil Action No. 7:07cv00096<br><br>By: Hon. Michael F. Urbanski<br>United States Magistrate Judge |

## ORDER

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that:

1. Defendant's Motion for Summary Judgment is hereby **GRANTED**;

2. Plaintiff's complaint is hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

3. All other motions are hereby **DENIED**;

4. This case will be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order to plaintiff and to counsel of record for the defendants.

Entered this 22nd day of July 2007.

/s/ Michael F. Urbanski
Michael F. Urbanski
United States Magistrate Judge